

# Fourth Court of Appeals
## San Antonio, Texas

September 23, 2014

No. 04-14-00488-CV

**IN THE INTEREST OF T.F., A CHILD,**

From the 288th Judicial District Court, Bexar County, Texas
Trial Court No. 2011-PA-02356
Honorable David A. Canales, Judge Presiding

# O R D E R

The reporter's record was due August 15, 2014, but was not filed. Moreover, the reporter did not filed a notification of late record. Accordingly, on August 25, 2014, we rendered an order requiring the court reporter, Luis Duran Jr., to file the reporter's record on or before September 4, 2014. We reminded the reporter the record was already a week late and that by statute, this appeal is accelerated and is to take precedence over other matters. *See* TEX. FAM. CODE ANN. § 109.002(a) (West 2014).

On September 4, 2014, the reporter did not file the record. Rather, he filed a notification of late record asking until September 15, 2014, to file the record. On September 8, 2014, we granted the reporter's request for an extension of time, which gave him thirty additional days to file the record from the original due date. We advised the reporter in the order that no further extensions of time to file the record would be granted absent written proof of extraordinary circumstances. We reminded the reporter that appellate courts may not grant more than 30 days *cumulatively* with regard to extensions of time for the reporter's record. TEX. R. APP. P. 28.4(b). We reached the thirty-day limit when we granted an extension to September 15, 2014.

Despite our prior orders and admonitions, the reporter's record was not filed on September 15, 2014. Moreover, our efforts to contact the reporter by telephone have yielded no results. This court contacted the reporter by telephone on September 18, 2014, and September 23, 2014, but despite leaving messages, the reporter failed to contact this court or file the record.

Accordingly, we **ORDER** the court reporter, Luis Duran Jr., to file the reporter's record in this court on or before **October 3, 2014**. Mr. Duran is advised that if the record is not received by this date, **we may order him to appear and show cause why he should not be held in contempt.** Mr. Duran is further advised that no extensions of time will be granted absent written proof of extraordinary circumstances — a heavy workload will not be considered an extraordinary circumstance.

We further **order** the clerk of this court to serve this order on **LUIS DURAN JR.** by certified mail, return receipt requested, and by first class United States mail in addition to the usual methods of service. Moreover, because "[t]he trial and appellate courts are jointly responsible for ensuring that the appellate record is timely filed," TEX. R. APP. P. 35.3(c), we also **order** the clerk of this court to serve a copy of this order on the trial court. **Pursuant to Rule 28.4(b), the trial court is required to direct the responsible reporter to immediately commence the preparation of the record once an appeal is filed, and if necessary, arrange for a substitute reporter to allow the responsible reporter to complete the record relating to the termination**. TEX. R. APP. P. 28.4(b)(1).

Finally, we **order** the clerk of this court to serve a copy of this order on all counsel.

_____

Marialyn Barnard, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 23rd day of September, 2014.

_____

Keith E. Hottle
Clerk of Court